AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 1:21-MJ-24-01/02-AJ
INFORMATION ASSOCIATED WITH E-MAIL ADDRESSES )
WJACK0751@GMAIL.COM AND )
JSKYWALKER090@GMAIL.COM THAT IS STORED AT )
PREMISES CONTROLLED BY GOOGLE, LLC )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
**Please see attachment A.**

located in the _____ District of **New Hampshire**, there is now concealed *(identify the person or describe the property to be seized):*
**Please see attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |

The application is based on these facts:
**Please see attached affidavit.**

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Derek Dunn
*Applicant's signature*

Special Agent Derek Dunn, DHS-HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means).*

Date: 01/26/2021

_____
*Judge's signature*

City and state: Concord, New Hampshire    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE MATTER OF THE SEARCH       )
OF INFORMATION ASSOCIATED         )
WITH E-MAIL ADDRESSES             )     Case No. 1:21-mj-
WJACK0751@GMAIL.COM AND           )
JSKYWALKER090@GMAIL.COM           )     Filed Under Seal – Level II
THAT IS STORED AT PREMISES        )
CONTROLLED BY GOOGLE LLC          )

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATIONS

I, Derek Dunn, being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with email addresses wjack0751@gmail.com and jskywalker090@gmail.com that is stored at premises controlled by Google LLC of Mountain View, California. The information to be searched is described in the following paragraphs and Attachment A.

2. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been so employed since April 2003. I am currently assigned to the Manchester, New Hampshire field office. As part of my regular duties as an agent, I investigate criminal violations relating to a broad range of immigration and customs related statutes, including those relating to financial crimes. During my career, I have conducted and assisted in several investigations of financial related crimes and have received specific training regarding these crimes during my tenure as a Special Agent.



3. I am a "Federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

4. The statements contained within this affidavit are based on my own investigation of this matter to include information conveyed to me by other law enforcement officials and my review of records, documents, and other physical evidence obtained during this investigation.

5. This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact or matter observed by me or known to the government. Based on my training and experience and the facts as set forth in this affidavit, I submit that the facts set forth in this affidavit establish probable cause to believe that violations of 18 U.S.C. § 1343 (wire fraud) been committed and that email addresses wjack0751@gmail.com and jskywalker090@gmail.com were used by the individual(s) who committed and/or conspired to commit these offenses. Accordingly, I submit that there is probable cause to believe that records and other information associated with this account contains evidence and fruits of violations of 18 U.S.C. § 1343, as set forth below.

## JURISDICTION

6. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(ii).

7. The investigation involves offenses within the jurisdiction and proper venue of the United States District Court for the District of New Hampshire, because the accounts at issue are available via the Internet and/or cellular service and therefore accessible within the District of

1

New Hampshire and elsewhere. See 18 U.S.C. § 3237(a); see also 18 U.S.C. §§ 3231 and 3232. Accordingly, the District of New Hampshire has proper venue over the case.

## RELEVANT STATUTES

8. This investigation concerns alleged violations of Title 18, United States Code, Sections 1343, related to wire fraud which prohibits a person from devising or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmitting or causing to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice.

## PROBABLE CAUSE

9. On November 5, 2019, this Court authorized the issuance of a search warrant (19-MJ-220-03-AJ) for information associated with email account shawnwalker909@yahoo.com that is stored at premises controlled by Oath Holdings Inc. of Sunnyvale, California. The search warrant was issued pursuant to probable cause that a female, hereinafter referred to as VICTIM1, had been victimized through a romance scam scheme which induced her to transfer sums of money under false or fraudulent pretenses. The individual(s) who scammed VICTIM1 used a fraudulent identity of "Shawn Walker" and communicated with VICTIM1 using the shawnwalker909@yahoo.com email address. As a result of the scam, VICTIM1 wire transferred millions of dollars to several different beneficiaries. One of the beneficiaries was a TransferWise electronic money account held in the name of La Vita Express which received eight wire transfers from VICTIM1 from June 2019 through November 2019 totaling approximately $107,000.

2

10. On December 4, 2019, I received a response from Oath Holdings Inc. containing the information requested in the warrant.

11. The response to the search warrant included four emails that were sent on July 10, 2016 from "Samuel Agyin Ansah" using email address ansahba2k@yahoo.com to shawnwalker909@yahoo.com in which the content of the emails included language that appeared to be for the purpose of communicating with several different women from a person named "Shawn". Based on these four emails, it appears that the user of email account ansahba2k@yahoo.com was creating or forwarding language used to communicate with and defraud VICTIM1, and likely other women as well, since these emails were sent to shawnwalker909@yahoo.com which was the email account used to communicate with and defraud VICTIM1. Also included in the ansahba2k@yahoo.com account was a photo of a fraudulent U.S. Passport in the name of "Jack Walker".

12. On November 3, 2020, I made telephonic contact with a female, hereinafter referred to as VICTIM2. VICTIM2 was identified as another suspected financial scam victim who sent five wire transfers from August 2019 through December 2019 totaling approximately $142,700 to the same TransferWise electronic money account held in the name of La Vita Express that VICTIM1 wire transferred funds to. Investigation has determined that this electronic money account is owned by Samuel Ansah.

13. VICTIM2 acknowledged the wire transfers she sent to La Vita Express and explained that the reason she sent the wire transfers was to help a friend whom she knows as Jack Walker who is currently in Paris, France. VICTIM2 stated that she has been communicating with Jack Walker for over a year mostly through Google Hangouts, email, and text message. VICTIM2 stated that she has never met Jack Walker in person but has spoken to

3

him over the phone and claimed that she had a video chat with him on one occasion. VICTIM2 stated that the person on the other end of the video chat was a white male. Jack Walker has used email addresses jskywalker090@gmail.com, wjack0751@gmail.com, and phone number 912-785-3133 to communicate with VICTIM2.

14. VICTIM2 does not know that total amount of money that she has paid at the request of Jack Walker but provided documentation supporting payments made totaling over $450,000.

15. VICTIM2 explained that most of the money related to a contractual loan/agreement bond between VICTIM2 and Jack Walker. VICTIM2 provided copies of two contracts signed by Jack Walker. The initial contract stated that VICTIM2 would pay $240,400 to Jack Walker for construction materials and labor that Jack Walker would repay this amount plus 20% interest. That contract was then modified to a total amount of $382,675 which added amounts for gold shipment and gold transport.

16. VICTIM2 also provided multiple photos of a white male that she received from Jack Walker of himself. An internet open source reverse image search of one of the photos revealed that the true identity of the white male in the photos is Steve Stewart who is a radio play-by-play broadcaster for the Kansas City Royals Major League baseball team.

### INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

17. If issued, I anticipate executing the warrant for information under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A). The warrant will be served to Google LLC who will be required to disclose to the government copies of the records and other information (including the content of communications) located at the premises described in Attachment A ("Property to Be Searched")

and particularly described in Attachment B, Part I ("Information to Be Disclosed"). Upon receipt of the information described in Part I of Attachment B, government-authorized persons will review that information to locate the items described in Part II of Attachment B ("Information to be Seized by the Government").

## CONCLUSION

18. Based on the foregoing, I respectfully submit that there is probable cause to believe that on the computer servers maintained by Google LLC within the accounts mentioned herein and set forth in Attachment A, there exists evidence of violations of 18 U.S.C. § 1343 (wire fraud). I therefore respectfully request that the Court issue a warrant authorizing the search of the accounts identified in Attachment A in order to seize and search the items listed in Attachment B.

Dated: January 26, 2021

/s/ Derek Dunn
Special Agent Derek Dunn
Department of Homeland Security
Homeland Security Investigations

The affiant appeared before me by telephonic conference on this day, the 26th of January, 2021, pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

_____
Honorable Andrea K. Johnstone
United States District Judge
District of New Hampshire

5

## ATTACHMENT A

**Property to be Searched**

This warrant applies to information associated with email addresses wjack0751@gmail.com and jskywalker090@gmail.com that is stored at premises controlled by Google LLC of Mountain View, California.

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Google LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any messages, records, files, logs, or information that has been deleted but is still available to the Provider, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a. The contents of all folders associated with the account to include Google Hangouts, including stored or preserved copies of files sent to and from the account, the source and destination addresses associated with each file, and the date and time at which each file was sent;

b. All transactional information of all activity of the account described above, including log files, messaging logs, records of session times and durations, dates and times of connecting, methods of connecting, e-mails or "invites" sent or received, and any contact lists;

c. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

7

    d.    All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files; and

    e.    All records pertaining to communications with any person regarding the account or identifier, including contacts with support services and records of actions taken.

**II.**    **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of 18 U.S.C. § 1343 for each account or identifier listed on Attachment A, pertaining to the following matters, from the date of account opening/registration through the present:

(a) Information that constitutes evidence of the identification or location of the user(s) of each account

(b) Information that constitutes evidence concerning persons who either (i) collaborated, conspired, or assisted (knowingly or unknowingly) the commission of the criminal activity under investigation; or (ii) communicated with each account about matters relating to the criminal activity under investigation, including records that reveal their whereabouts;

(c) Information that constitutes evidence indicating each account user's state of mind, *e.g.*, intent, absence of mistake, or evidence indicating preparation or planning, related to the criminal activity under investigation;

(d) Information that constitutes evidence concerning how and when each account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account user;

8

(e) Information relating to bank transfers; and,

(f) Information relating to the impersonation of other individuals.